# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2125 Disciplinary Docket No. 3 |
| | : | |
| CHRISTOPHER DAVID TEASE | : | Board File No. C2-14-972 |
| | : | |
| | : | (Supreme Court of Delaware, No. 640, |
| | : | 2014) |
| | : | |
| | : | Attorney Registration No. 77776 |
| | : | (Out of State) |

## O R D E R

**PER CURIAM:**

AND NOW, this 27th day of February, 2015, Christopher David Tease having been transferred to disability inactive status in the State of Delaware by Order of the Supreme Court of the State of Delaware dated November 20, 2014; the said Christopher David Tease having been directed on January 14, 2015, to inform this Court of any claim he has that the imposition of disability inactive status in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Christopher David Tease is immediately transferred to disability inactive status pursuant to Rule 216, Pa.R.D.E., for an indefinite period and until further Order of the Court, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.